UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| KERRY C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-04144-SLD-JEH |
| ) | |
| MARTIN O'MALLEY, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is the parties' Joint Stipulation to Remand to the Commissioner, ECF No. 8. Plaintiff Kerry C. alleges that she filed an application for "Title II disability benefits with the Social Security Administration" and that her application was denied by an Administrative Law Judge ("ALJ"). Compl. ¶¶ 6–7, ECF No. 1. She further alleges that she has exhausted her administrative remedies appealing that decision. *Id.* ¶ 8. On August 5, 2024, she filed a complaint in this Court, alleging that she was—and continues to be—disabled, such that she is entitled to benefits and the ALJ's decision "was not supported by substantial evidence." *Id.* ¶¶ 11–12. In lieu of filing an answer, Defendant Commissioner of Social Security ("the Commissioner") filed the certified administrative record for Kerry's benefits application. *See generally* Certified Administrative Record ("CAR"), ECF No. 7; Not. CAR Filing, ECF No. 6.

The parties now "jointly stipulate that the . . . decision denying Plaintiff's application for benefits should be reversed and that this matter should be remanded to the Commissioner." Joint Stipulation 1. They request that the Court enter an order which reverses the Commissioner's final decision and remands this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). *Id.* Sentence four of section 405(g) authorizes the Court to "enter, upon the pleadings

1

and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without remanding the cause for a rehearing." The parties assert that once such an order is entered, the AC "will remand the matter to an ALJ for further proceedings, who will proceed through the sequential disability evaluation process and issue a new decision." Joint Stipulation 1. The ALJ may also "obtain supplemental vocational expert testimony," if warranted. *Id.* Finally, the parties also request that the Court enter a judgment in this case. *Id.*

The Court finds that the remand request is appropriate. The Court, construing the Joint Stipulation to Remand to the Commissioner, ECF No. 8, as a motion to remand, GRANTS the motion and adopts the remand instructions proposed by the parties. Accordingly, the Commissioner's decision in this matter is REVERSED and the cause is REMANDED to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment and close the case.

Entered this 9th day of October, 2024.

s/ Sara Darrow
SARA DARROW
CHIEF UNITED STATES DISTRICT JUDGE
